# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. ACTON NO. 11-468-02 |
| v. : | |
| : | |
| EDWIN MEDINA, JR. a/k/a "JUNE" : | |

## ORDER

**AND NOW**, this 17th day of June 2015, upon consideration of the Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 [Doc. No. 510], the Government's Motion to Dismiss [Doc. No. 580], and Petitioner's response thereto [Doc. No. 631], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED** and the Motion to Vacate/Set Aside/Correct Sentence is also **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**